UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civ. No. 5:22-CV-00036-SCR

| | |
|---|---|
| REBECCA BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJIKAZI, | ) |
| Acting Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, upon consideration of the Parties' STIPULATION (Doc. No. 20) it is hereby, ORDERED that that Plaintiff's previously filed Equal Access to Justice Act ("EAJA") Motion (Doc. No. 19) is hereby WITHDRAWN;

It is further ORDERED that Plaintiff, Rebecca Baker, is awarded attorney fees in the amount of Four Thousand Dollars and 00/100 Cents ($4,000.00) under 28 U.S.C. § 2412(a), (d) of the EAJA. This award will be paid directly to Plaintiff, Rebecca Baker, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

**SO ORDERED**.    Signed: May 8, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge