IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civ. No. 5:22-cv-00036-SCR

| REBECCA BAKER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MARTIN O'MALLEY,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b) (Doc. No. 22), and Defendant's response (Doc. No. 23), **IT IS HEREBY ORDERED** that **Derrick K. Arrowood, Esquire** is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $12,000.00.[1]  Plaintiff's counsel will reimburse Plaintiff the $4,000.00 fee he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

It is therefore **ORDERED** that the Commissioner of Social Security pay to Plaintiff's counsel, Derrick K. Arrowood, the sum of $12,000.00 sent to his office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $4,000.00 and upon the payment of such sums, this case is dismissed with prejudice.

**SO ORDERED**.

Signed: October 1, 2024

Susan C. Rodriguez
United States Magistrate Judge

---

[1] The Court notes the requested fee is considerably less than 25% of backpay that was withheld.